IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19CR28 |
| vs. | |
| SIDNEY BRITT and JOSHUA BRITT | ORDER |
| Defendant. | |

This matter is before the court on Defendant Joshua Britt's unopposed Motion to Continue Trial [67]. The parties are seeking additional time to prepare for trial. Accordingly,

**IT IS ORDERED** that the Defendant Joshua Britt's unopposed Motion to Continue Trial [67] is granted as follows:

1. The jury trial, **as to both defendants,** now set for June 11, 2019, is continued to **August 13, 2019**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 13, 2019** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Dated this 6th day of May 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge