IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>vs.<br><br>SIDNEY BRITT,<br><br>                          Defendant. | **8:19-CR-28**<br><br>**JUDGMENT** |

      In accordance with the accompanying Memorandum and Order of this date, Defendant's Motion to Vacate under 28 U.S.C. § 2255, Filing 148, is denied.

      Dated this 22nd day of September, 2021.

                                                    BY THE COURT:

                                                    _____
                                                    Brian C. Buescher
                                                    United States District Judge